UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MICHAEL SOFTICH,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, ACTING COMMISSIONER, NANCY C. BERRYHILL,<br><br>Defendant. | Case No. CV-17-006-BU-JCL<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision on Plaintiff's application for disability insurance benefits is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. Section 405(g).

Dated this 9th day of August, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Erica Larson
Erica Larson, Deputy Clerk