IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MICHAEL SOFTICH, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration <br><br> Defendant. | CV 17–6–BU-JCL <br><br> ORDER |

Plaintiff has filed a motion for attorney's fees and costs in the amount of $7,529.58 under the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff has submitted a valid assigned of fees, and asks that the fee award be made payable to his attorneys. Defendant does not oppose Plaintiff's motion. Accordingly,

IT IS ORDERED that Plaintiff's motion is GRANTED. Plaintiff is awarded $7,529.58 in attorney's fees and costs, payable to Plaintiff's attorneys.

DONE and DATED this 5th day of October, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

ORDER/ PAGE 1